**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

WILIAN LEONEL CHOC CU,                    )
                                          )
       Petitioner,                       )
                                          )
    v.                                    )     Case No. 1:26-cv-398 (AJT/LRV)
                                          )
JEFFREY CRAWFORD, et al.,                 )
                                          )
       Respondents.                      )

---

## Order

Upon consideration of the Federal Respondents' Consent Motion for Partial Vacatur Based on Intervening Events, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that this Court's Order of February 11, 2026, Dkt. No. 3, to the extent that it precluded respondents from removing petitioner from this District, is hereby VACATED.

March 9, 2026
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge